**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| POPS PCE TT, LP, | : | No. 82 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| R&R RESTAURANT GROUP, LLC, F/K/A | : | |
| BREWSTONE PITTSBURGH, LLC, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.